## *IN THE UNITED STATES DISTRICT COURT*
## *EASTERN DISTRICT OF ARKANSAS*
## *WESTERN DIVISION*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:13CR00179-002  SWW | |
| MICHAEL ALLEN YOUNG | DEFENDANT |

### ORDER

The U. S. Probation Office has advised the Court that the custody range listed in the Judgment and Commitment [doc #257] contained a typographical error.

IT IS SO ORDERED that the Judgment and Commitment, Statement of Reasons, page 1, I. B. 2 be amended to reflect that the custody range is 151-188 months.

IT IS FURTHER ORDERED that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 11th day of December 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE